VILLAGE OF ARLINGTON v. ESTELLE BAROTHY.

FILED NOVEMBER 17, 1898. No. 8455.

Review Without Bill of Exceptions. Where there is no bill of exceptions in the record and the errors assigned only challenge the correctness of the conclusion deduced by the court from the evidence received, and the ruling of the court excluding evidence offered on the trial, the judgment will be affirmed.

ERROR from the district court of Washington county. Tried below before BLAIR, J. Affirmed.

W. S. Cook and Frick & Dolezal, for plaintiff in error.

Walton & Mummert, contra.

SULLIVAN, J.

This action was brought in the district court of Washington county to restrain the defendant Estelle Barothy from encroaching upon one of the public streets of the village of Arlington. The trial resulted in a finding and judgment in favor of the defendant. It is now claimed, on behalf of the village, that the conclusion and decree of the trial court are not sustained by sufficient evidence, and that there was prejudicial error in the exclusion of certain testimony tendered by the plaintiff in support of

the allegations of its petition. These questions cannot be determined without the aid of a bill of exceptions, and no such document is to be found in the record before us; neither is there any allusion to it in the certificate of the clerk. Error does not affirmatively appear and the judgment is, therefore,

AFFIRMED.